UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-06312 ADS Date: November 9, 2026

Title: *Kevin Barbosa-Ayala v. Warden, Adelanto ICE Processing Center, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On October 25, 2026, Petitioner filed a Petition for Habeas Corpus Relief (the "Petition"). The Petition primarily seeks a writ of habeas corpus requiring Respondents to immediately release Petitioner from immigration detention.

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought). Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous. In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005). The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted." Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Respondents filed a Notice of Intended Removal, indicating that Petitioner would be transferred outside the District to effectuate his removal on October 31, 2026. (Dkt. No. 6.) The parties are ordered to file a joint status report no later than **November 16, 2026**, addressing whether Petitioner has been removed from the United States and whether the Petition is moot. The status report must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal

basis for each claim. If the parties are unable to file a joint report, each party shall file a separate status report by the same date.

**IT IS SO ORDERED.**

Initials of Clerk kh